Michelle R. Ghidotti-Gonsalves, Esq. (232837)
Jennifer R. Bergh, Esq., (S305219)
LAW OFFICES OF MICHELLE GHIDOTTI
5120 E. La Palma Ave. Ste. 206
Anaheim Hills, CA 92807
Tel: (949) 354-2601
Fax: (949) 200-4381
mghidotti@ghidottilaw.com

Attorneys for Movant, Wilmington Savings Fund
Society, FSB, d/b/a Christiana Trust, as trustee for
Normandy Mortgage Loan Trust, Series 2015-1,
its successors and assigns

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

In Re:

Peter A. McCoy,

　　　Debtor.

) CASE NO.: 16-51687
)
) CHAPTER 13
)
) REF.: MRG-1
)
) **MEMORANDUM OF POINTS AND**
) **AUTHORITIES IN SUPPORT OF**
) **MOTION FOR RELIEF FROM**
) **AUTOMATIC STAY**
)
) DATE: December 2, 2016
) TIME: 10:00 a.m.
) CTRM: 3020
) PLACE: U.S. Bankruptcy Court
)        280 S. 1st Street
)        San Jose, CA 95113
) Honorable M. Elaine Hammond
)

COMES NOW, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as trustee for Normandy Mortgage Loan Trust, Series 2015-1 ("**Movant**") and submits the following in support of its Motion for Relief From Stay.

///

///

1

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR RELIEF FROM STAY

# I.
# INTRODUCTION

Movant submits this Motion for Relief From Stay ("**Motion**") pursuant to *11 U.S.C. Section 362(d)(1)* for authority to exercise any and all of its rights and remedies under its loan documents and applicable law in connection with real property commonly known as 260 Baltusrol Dr., Aptos, CA 95003 (the "**Property**").

# II.
# DISCUSSION

## A. Cause Exists to Grant Relief Pursuant to Section 362(d)(1); Lack of Adequate Protection

Movant submits that cause exists to grant relief under *Section 362(d)(1)*. Bankruptcy Code *Section 362(d)(1)* provides that a party may seek relief from stay based upon "cause," including lack of adequate protection. Adequate protection can be offered in the form of cash or periodic payments or the existence of a sufficient equity cushion.

Movant submits that adequate protection in this case requires normal and periodic cash payments to Movant, as called for by the Note. The Debtor is post-petition due for the July 1, 2016 payment for a total post-petition default in the amount of $12,731.88, including attorneys' fees and costs in the amount of $1,026.00. A continuing failure to maintain required regular payments has been held, in and of itself, to constitute sufficient cause for granting a motion to modify the stay. (*In re Trident Corp.*, 19 BR 956,958 (Bankr. E.D. Pa. 1982), aff'd 22 BR 491 (Bankr. E.D. Pa. 1982 (citing *In re Hinkle*, 14 BR 202, 204 (Bankr. E.D. Pa. 1981); see also *In re Jones*, 189 BR 13, 15 (Bank. E.D. Okla 1995) (citing *Hinkle*, 14 BR at 204)). The Debtor's failure to tender regular ongoing monthly mortgage payments is sufficient cause to terminate the automatic stay.

Moreover, pursuant to Debtors' schedules, the value of the Property $1,071,192.00. Movant is owed no less than approximately $1,065,939.92. The equity cushion in the Property exceeding Movant's debt and any lien senior to Movant's debt is merely $5,252.08.

Considering the cost of sale, estimated at eight (8) percent, or $85,695.36, there is no equity cushion protecting Movant's lien. As a result, Movant is not adequately protected. *In re Mellor*, 734 F.2d 1396, 1400 (9th Cir. 1984). Based on the foregoing, cause exists to grant Movant's request to terminate the automatic stay.

## IV.
## CONCLUSION

Based on the foregoing, Movant requests the following:

(1) That the automatic stay be terminated so that Movant may exercise or cause to be exercised any and all rights under its Note and/or deed of trust and any and all rights after the foreclosure sale, including, but not limited to, the right to commence foreclosure proceedings on the Property and the right to proceed in unlawful detainer;

(2) For reasonable attorneys' fees as a secured claim under 11 U.S.C. Section 506(b);

(3) For the waiver of the 14 day stay pursuant to Bankruptcy Rule 4001(a) (3).

(4) For costs incurred or expended in suit herein; and

(5) For such other and further relief as the Court deems just and proper.

Dated: October 5, 2016

/s/ Michelle Ghidotti-Gonsalves
Michelle Ghidotti-Gonsalves, Esq.

**Attorney for Movant Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, as trustee for Normandy Mortgage Loan Trust, Series 2015-1**